

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE R. BECKER and KRAMER S. BECKER | CASE NO.: 3:02CV02209(AVC) |
| Plaintiffs | |
| v. | |
| NICHOLAS H. FINGELLY REAL ESTATE, INC. and LYDIA KLYVER | |
| Defendants And Third Party Plaintiffs | |
| v. | |
| MICHAEL SOLIMENE, PILAR SOLIMENE MARILYN LONGDEN AND WILLIAM RAVEIS REAL ESTATE, INC. | |
| Third Party Defendants | OCTOBER 23, 2003 |

## MOTION FOR JUDGMENT BY DEFAULT

NICHOLAS H. FINGELLY REAL ESTATE, INC., Third Party Plaintiff in the above referenced matter, herein moves this court for a judgment by default against Third Party Defendants, MICHAEL SOLIMENE and PILAR SOLIMENE. The Third Party Complaint in the above referenced matter was filed in this court

on or about April 29, 2003 and the summons and complaint were served upon the Third Party Defendants on August 6, 2003. No appearance, answer or defense has been filed by the Third Party Defendants and a default was entered against the Third Party Defendants on or about September 23, 2003. The Defendants are not in the military service and are not incompetent or infants as it appears in the annexed Exhibit A and from an inquiry from Manpower Services.

Wherefore, the Third Party Plaintiff moves that this court make and enter a judgment as to liability only as the Plaintiffs' claims and not for a sum certain. The Third Party Plaintiff requests a hearing for the purpose of determining the amount for which the Third Party Defendants may be liable.

THE DEFENDANT
THE THIRD PARTY PLAINTIFF,
Nicholas H. Fingelly Real Estate, Inc.

BY: _____
ROBERT G. GOLGER
Quatrella & Rizio, LLC
Juris No. 413628
One Post Road
P.O. Box 320019
Fairfield, CT 06825
(203) 255-9928

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this 23rd day of October, 2003 to all counsel and pro se parties of record as follows:

Thomas J. Sansone, Esquire
Lucy M. Romeo, Esquire
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

Dan E. LaBelle, Esquire
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Mark J. Kovack, Esquire
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777

Michael Solimene
205 Winnepage Drive
Fairfield, CT 06824

Pilar Solimene
205 Winnepage Drive
Fairfield, CT 06824

_____
ROBERT G. GOLGER

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE R. BECKER and KRAMER S. BECKER<br><br>Plaintiffs<br><br>v.<br><br>NICHOLAS H. FINGELLY REAL ESTATE, INC. and LYDIA KLYVER<br><br>Defendants<br>And Third Party Plaintiffs<br><br>v.<br><br>MICHAEL SOLIMENE, PILAR SOLIMENE MARILYN LONGDEN AND WILLIAM RAVEIS REAL ESTATE, INC.<br><br>Third Party Defendants | CASE NO.: 3:02CV02209(AVC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 23, 2003 |

### AFFIDAVIT OF MILITARY SERVICE

STATE OF CONNECTICUT )
                         ) ss: Fairfield
COUNTY OF FAIRFIELD )

    I, ROBERT G. GOLGER being duly sworn do hereby depose and say:

    1. I am an attorney with the law firm of Quatrella & Rizio, LLC.


EXHIBIT A

2. I am the duly authorized agent for the Third Party Plaintiffs in the above entitled action and have full knowledge of the facts stated herein.

3. In regard to the military service of the Third Party Defendants, I have conversed with the Third Party Plaintiffs who have personal knowledge that the Third Party Defendants are not in the military service.

4. In addition, I have contacted Manpower Services who provides information on who is and is not in the military.

5. The results of my request to Manpower Services is attached to this affidavit.

6. According to Manpower Services, the Third Party Defendants are not in the military service.

_____
ROBERT G. GOLGER

Subscribed and sworn to before me on this 23rd day of October, 2003.

Michael Jankowsky
Commission
Superior Court

Department of Defense Manpower Data Center                              OCT-23-2003 06:39:43



Military Status Report
Pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940

| ◄Last Name | First | Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|---|
| SOLIMENE | MICHAEL | | | | |
| Currently not on Active Military Duty, based on the Social Security Number and last name provided. ||||||

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the Defendant(s), per the Information provided, as to all branches of the Military.

*[signature: Kenneth C. Scheflen]*

Kenneth C. Scheflen, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

**If you have information that makes you feel that the DMDC response is not correct, please send an e-mail to sscra.helpdesk@osd.pentagon.mil. For personal privacy reasons, SSNs are not available on this printed results page. Requesters submitting a SSN only receive verification that the SSN they submitted is a match or non-match.**

Department of Defense Manpower Data Center                    OCT-23-2003 06:41:11



Military Status Report
Pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940

| Last Name | First | Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|---|
| SOLIMENE | PILAR | | | | |
| Currently not on Active Military Duty, based on the Social Security Number and last name provided. | | | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the Defendant(s), per the Information provided, as to all branches of the Military.

*[signature: Kenneth C. Scheflen]*

Kenneth C. Scheflen, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

**If you have information that makes you feel that the DMDC response is not correct, please send an e-mail to sscra.helpdesk@osd.pentagon.mil. For personal privacy reasons, SSNs are not available on this printed results page. Requesters submitting a SSN only receive verification that the SSN they submitted is a match or non-match.**