UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE R. BECKER and KRAEMER S. BECKER | CASE NO.: 3:02CV02209(AVC) |
| Plaintiffs | |
| v. | |
| NICHOLAS H. FINGELLY REAL ESTATE, INC. and LYDIA KLYVER | |
| Defendants And Third Party Plaintiffs | |
| v. | |
| MICHAEL SOLIMENE, PILAR SOLIMENE, MARILYN LONGDEN AND WILLIAM RAVEIS REAL ESTATE, INC. | |
| Third Party Defendants | OCTOBER 30, 2003 |

### PLAINTIFFS' MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41

The Plaintiffs, Bruce R. Becker and Kraemer S. Becker, herein move pursuant to Rule 41 of the Federal Rules of Civil Procedure that the above-

referenced action against Defendants Nicholas H. Fingelly Real Estate, Inc. and Lydia Klyver, be dismissed with prejudice by Stipulation of the parties. This Stipulation shall be of no effect as to the claim between the Third Party Plaintiffs Nicholas H. Fingelly Real Estate, Inc. and Lydia Klyver and Third Party Defendants Michael Solimene, Pilar Solimene, Marilyn Longden and William Raveis Real Estate, Inc.

        THE PLAINTIFFS,
        Bruce R. Becker and
        Kraemer S. Becker

        By: _____
        THOMAS J. SANSONE
        Fed Bar No. CT 00671
        Carmody & Torrance, LLP
        195 Church Street
        P.O. Box 1950
        New Haven, CT 06509-1950
        (203) 777-5501

THE DEFENDANT/
THIRD PARTY PLAINTIFF
Nicholas H. Fingelly Real Estate,
Inc.

BY: _____
ROBERT G. GOLGER
Fed Bar No. CT03116
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT 06825
(203) 255-9928


THE DEFENDANT/
THIRD PARTY PLAINTIFF
Lydia Klyver

BY: _____
DAN E. LABELLE
Fed Bar No. CT 01984
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this __7__ day of November, 2003 to the following:

Thomas J. Sansone, Esquire
Lucy M. Romeo, Esquire
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT  06509-1950

Dan E. Labelle, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

Mark J. Kovack, Esq.
Wake, See Dimes & Bryniczka
27 Imperial Avenue
P. O.  Box 777
Westport, CT  06881-0777

Mr. Michael Solimene
Ms. Pilar Solimene
205 Winnepage Drive
Fairfield, CT 06824
(non-appearing third party defendant)

By: _____
THOMAS J. SANSONE
Fed Bar No. CT 00671
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 777-5501