UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE R. BECKER and KRAEMER S. BECKER | CASE NO.: 3:02CV02209(AVC) |
| Plaintiffs | |
| v. | |
| NICHOLAS H. FINGELLY REAL ESTATE, INC. and LYDIA KLYVER | |
| Defendants And Third Party Plaintiffs | |
| v. | |
| MICHAEL SOLIMENE, PILAR SOLIMENE, MARILYN LONGDEN AND WILLIAM RAVEIS REAL ESTATE, INC. | |
| Third Party Defendants | OCTOBER 30, 2003 |

GRANTED.

Alfred V. Covello, U.S.D.J

November 18, 2003.
SO ORDERED.

**PLAINTIFFS' MOTION FOR DISMISSAL WITH
PREJUDICE PURSUANT TO FRCP 41**

The Plaintiffs, Bruce R. Becker and Kraemer S. Becker, herein move pursuant to Rule 41 of the Federal Rules of Civil Procedure that the above-