UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE R. BECKER and KRAEMER S.
BECKER,
      Plaintiffs,

V.                          CASE NO. 3:02CV02209(AVC)

NICHOLAS H. FINGELLY REAL
ESTATE, INC. and LYDIA KLYVER,
      Defendants/Third Party Plaintiffs,

V.

MICHALE SOLIMENE, PILAR SOLIMENE,
MARILYN LONGDEN and WILLIAM RAVEIS
REAL ESTATE, INC.
      Third Party Defendants.

## ORDER TO SHOW CAUSE

On November 18, 2003, this Court granted Plaintiff's Motion for Dismissal with Prejudice

Pursuant to FRCP 41 as to the defendants, Nicholas H. Fingelly Real Estates, Inc. And Lydia

Klyver.  In light of the dismissal of the complaint, it is hereby

ORDERED that the defendants/third party plaintiffs Nicholas H. Fingelly Real Estate, Inc.

and Lydia Klyver shall show cause, by January 5, 2004, why the Third Party Complaint should

not be dismissed.  Failure to show cause by January 5, 2004 shall result in dismissal of the third

party action.

Dated at Hartford, Connecticut this 3rd day of December, 2003.

_____
Alfred V. Covello
United States District Judge



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE R. BECKER and KRAEMER S.
BECKER,
       Plaintiffs,

    V.                            CASE NO. 3:02CV02209(AVC)

NICHOLAS H. FINGELLY REAL
ESTATE, INC. and LYDIA KLYVER,
       Defendants/Third Party Plaintiffs,

    V.

MICHALE SOLIMENE, PILAR SOLIMENE,
MARILYN LONGDEN and WILLIAM RAVEIS
REAL ESTATE, INC.
       Third Party Defendants.

<u>ORDER TO SHOW CAUSE</u>

On November 18, 2003, this Court granted Plaintiff's Motion for Dismissal with Prejudice

Pursuant to FRCP 41 as to the defendants, Nicholas H. Fingelly Real Estates, Inc. And Lydia

Klyver. In light of the dismissal of the complaint, it is hereby

ORDERED that the defendants/third party plaintiffs Nicholas H. Fingelly Real Estate, Inc.

and Lydia Klyver shall show cause, by January 5, 2004, why the Third Party Complaint should

not be dismissed. Failure to show cause by January 5, 2004 shall result in dismissal of the third

party action.

Dated at Hartford, Connecticut this 3rd day of December, 2003.

_____
Alfred V. Covello
United States District Judge