**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE R. BECKER and KRAMER S. BECKER | CASE NO.: 3:02CV02209(AVC) |
| Plaintiffs | |
| v. | |
| NICHOLAS H. FINGELLY REAL ESTATE, INC. and LYDIA KLYVER | |
| Defendants And Third Party Plaintiffs | |
| v. | |
| MICHAEL SOLIMENE, PILAR SOLIMENE MARILYN LONGDEN AND WILLIAM RAVEIS REAL ESTATE, INC. | |
| Third Party Defendants | OCTOBER 23, 2003 |

<u>**MOTION FOR JUDGMENT BY DEFAULT**</u>

NICHOLAS H. FINGELLY REAL ESTATE, INC., Third Party Plaintiff in the above referenced matter, herein moves this court for a judgment by default against Third Party Defendants, MICHAEL SOLIMENE and PILAR SOLIMENE. The Third Party Complaint in the above referenced matter was filed in this court

July 16, 2004.
SO ORDERED.

There being no objection, the motion is GRANTED.

Alfred V. Covello, U.S.D.J.