UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE R. BECKER and KRAEMER S. BECKER,
    Plaintiffs,
V.
                              CASE NO. 3:02CV02209(AVC)

NICHOLAS H. FINGELLY REAL ESTATE, INC. and LYDIA KLYVER,
    Defendants/Third Party Plaintiffs,
V.

MICHAEL SOLIMENE, PILAR SOLIMENE, MARILYN LONGDEN and WILLIAM RAVEIS REAL ESTATE, INC.
    Third Party Defendants.

### ORDER TO SHOW CAUSE

On July 20, 2004, this Court granted third party defendants Marilyn Longden's and William Raveis Real Estate Inc.'s motion for judgment on the pleadings as to the third party complaint against them filed by defendants, Nicholas H. Fingelly Real Estates, Inc. and Lydia Klyver. In light of the Court's ruling on the third party complaint, it is hereby

ORDERED that the third party defendants Marilyn Longden and William Raveis Real Estate Inc. shall show cause, by August 15, 2004, why the crossclaim against Michael Solimene and Pilar Solimene should not be dismissed. Failure to show cause by August 15, 2004 shall result in dismissal of the crossclaim, and judgment will enter in accordance with the Court's rulings in this matter.

Dated at Hartford, Connecticut this 30th day of July, 2004.

                                                  Alfred V. Covello
                                                  United States District Judge