FILED
2004 AUG 11 A 11: 03
U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE R. BECKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 302 CV 02209 (AVC) |
| ) | |
| NICHOLAS H. FINGELLY REAL, ) | |
| ESTATE, INC., et al., ) | |
| ) | |
| Defendants. ) | AUGUST 10, 2004 |

### THIRD-PARTY DEFENDANTS WILLIAM RAVEIS REAL ESTATE, INC.'S AND MARILYN LONGDEN'S NOTICE OF VOLUNTARY DISMISSAL

These third-party defendants, **WILLIAM RAVEIS REAL ESTATE, INC.** and **MARILYN LONGDEN** (collectively, these "Third-Party Defendants"), pursuant to Fed. R. Civ. P. 41, hereby give notice of and stipulate that these Third-Party Defendants' cross-claim against co/cross third-party defendants **MICHAEL SOLIMENE** and **PILAR SOLIMENE** (the "Solimenes"), dated September 10, 2003, can and should be dismissed *without prejudice*.

In support hereof, these Third-Party Defendants represent by and through their undersigned attorney that the Solimenes have not appeared herein, nor have they served an answer (or any other pleading) in response to the cross-claim, and no trial or hearing has been scheduled or taken place and, thus, no evidence has been introduced.