UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE R. BECKER and KRAEMER S.
BECKER,
    Plaintiffs,

    V.                                 CASE NO. 3:02CV02209(AVC)

NICHOLAS H. FINGELLY REAL
ESTATE, INC. and LYDIA KLYVER,
    Defendants/Third Party Plaintiffs,

    V.

MICHAEL SOLIMENE, PILAR SOLIMENE,
MARILYN LONGDEN and WILLIAM RAVEIS
REAL ESTATE, INC.
    Third Party Defendants.

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and further

The defendants, Nicholas H. Fingelly Real Estate, Inc. and Lydia Klyver having filed a third party complaint against third party defendants Michael Solimene, Pilar Solimene, Marilyn Longden and William Raveis Real Estate, Inc.; and further

The third party defendants Marilyn Longden and William Raveis Real Estate, Inc. having filed a crossclaim against third party defendants Michael Solimene and Pilar Solimene; and

The plaintiffs having filed a motion to dismiss with prejudice as to the defendants Nicholas H. Fingelly Real Estate, Inc. and Lydia Klyver and the Court, having filed its endorsement order on November 18, 2003 granting the motion; and

The defendants, having filed a motion for default judgment as to the third party defendants Michael Solimene and Pilar Solimene and the Court, on July 20, 2004 having granted

the motion; and

The third party defendants Marilyn Londgen and William Raveis Real Estate, Inc. having filed a motion for judgment on the pleadings as to the third party complaint, and the Court, on July 20, 2004 having granted the motion; and further

The third party defendants Marilyn Londgen and William Raveis Real Estate, Inc. having filed a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41 as to their crossclaim against Michael Solimene and Pilar Solimene, and the Clerk, having entered an order on August 12, 2004 approving the notice; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiff's complaint; and further

ORDERED, ADJUDGED and DECREED that default judgment be and is hereby entered in favor of the defendants and against third party defendants Michael Solimene and Pilar Solimene on the third party complaint; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the third party defendants Marilyn Londgen and William Raveis Real Estate Inc. and against defendants Nicholas H. Fingelly Real Estate, Inc. And Lydia Klyver on the third party complaint.

Dated at Hartford, Connecticut, this 12th day of August, 2004.

KEVIN F. ROWE, Clerk


By:___/s/ JW_____
Jo-Ann Walker
Deputy Clerk

EOD: _____