UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE R. BECKER and KRAEMER S. BECKER | CASE NO.: 3:02CV02209(AVC) |
| Plaintiffs | |
| v. | |
| NICHOLAS H. FINGELLY REAL ESTATE, INC. and LYDIA KLYVER | |
| Defendants And Third Party Plaintiffs | |
| v. | |
| MICHAEL SOLIMENE, PILAR SOLIMENE, MARILYN LONGDEN AND WILLIAM RAVEIS REAL ESTATE, INC. | |
| Third Party Defendants | OCTOBER 7, 2004 |

**DEFENDANT-THIRD PARTY PLAINTIFF'S MOTION FOR
DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41**

The Defendant-Third Party Plaintiffs, Nicholas H. Fingelly Real Estate, Inc. and

Lydia Kylver herein move pursuant to Rule 41 of the Federal Rules of Civil Procedure

that the above-referenced action against Third Party Defendants Michael Solimene and

Pilar Solimene be dismissed with prejudice by Stipulation of all parties to this action, without costs or fees taxable to either party. The Plaintiffs action against Defendant Nicholas H. Fingelly Real Estate, Inc. and Lydia Klyver was dismissed by agreement of the parties on November 18, 2003. The Defendant Third Party Plaintiffs, Nicholas H. Fingelly Real Estate, Inc. and Lydia Klyver's action against Third Party Defendant Marilyn Longden and William Raveis Real Estate was dismissed on August 12, 2004.

THE DEFENDANT/
THIRD PARTY PLAINTIFF
Nicholas H. Fingelly Real Estate, Inc.


BY:_____
ROBERT G. GOLGER
Fed Bar No. CT03116
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT  06825
(203) 255-9928

THE DEFENDANT/
THIRD PARTY PLAINTIFF
Lydia Klyver


BY:_____
DAN E. LABELLE
Fed Bar No. CT 01984
Halloran & Sage
315 Post Road West
Westport, CT  06880
(203) 227-2855

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid on this 7th day of October, 2004 to the following:


Thomas J. Sansone, Esquire
Lucy M. Romeo, Esquire
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT  06509-1950

Dan E. Labelle, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

Mark J. Kovack, Esq.
Wake, See Dimes & Bryniczka
27 Imperial Avenue
P. O.  Box 777
Westport, CT  06881-0777

Mr. Michael Solimene
Ms. Pilar Solimene
205 Winnepage Drive
Fairfield, CT  06824
(non-appearing third party defendant)

                                      BY:_____
                                      ROBERT G. GOLGER
                                      Fed Bar No. CT03116
                                      Quatrella & Rizio, LLC
                                      One Post Road
                                      P.O. Box 320019
                                      Fairfield, CT  06825
                                      (203) 255-9928