FILED
2004 OCT 18 A 11: 22
U.S. DISTRICT COURT
HARTFORD, CT.

December 14, 2004. There being no objection, the motion is granted. SO ORDERED.

Alfred V. Covello, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE R. BECKER and KRAEMER S. BECKER<br><br>Plaintiffs<br><br>v.<br><br>NICHOLAS H. FINGELLY REAL ESTATE, INC. and LYDIA KLYVER<br><br>Defendants<br>And Third Party Plaintiffs<br><br>v.<br><br>MICHAEL SOLIMENE, PILAR SOLIMENE, MARILYN LONGDEN AND WILLIAM RAVEIS REAL ESTATE, INC.<br><br>Third Party Defendants | CASE NO.: 3:02CV02209(AVC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 7, 2004 |

FILED 2004 DEC 14 P 4:4[?] DISTRICT COURT HARTFORD, CT

**DEFENDANT-THIRD PARTY PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41**

The Defendant-Third Party Plaintiffs, Nicholas H. Fingelly Real Estate, Inc. and Lydia Kylver herein move pursuant to Rule 41 of the Federal Rules of Civil Procedure that the above-referenced action against Third Party Defendants Michael Solimene and